

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.             Cr. No. 96-10060 T

ANGELA BALLARD,

   Defendant.

## MOTION TO WITHDRAW

  COMES Mary C. Jermann, Attorney of record for defendant, Angela Ballard, with this, her motion for an order permitting counsel to withdraw, and would state and show the following to this Court:

1. At one time, Counsel represented the Defendant on post conviction matters.

2. Counsel was forced to withdraw after joining the Federal Defenders Office in the Western District of Tennessee, as there was a conflict of interest.

3. Upon information and belief, the Court's records continue to show Mary C. Jermann as counsel of record.

4. In an abundance of caution, Counsel moves this Court for an order permitting her to withdraw from further representation of the Defendant.

  WHEREFORE, PREMISES CONSIDERED, counsel for the defendant respectfully moves this Court for an order permitting her to withdraw.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  6/8/05

**MOTION GRANTED**
DATE: 7 June 2005

James D. Todd
U.S. District Judge

531

Respectfully submitted,

*[signature]*

MARY C. JERMANN
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion has been forwarded to Ms. Jennifer Webber, 167 N. Main, Suite 800, Memphis, TN 38103, this ____ day of May, 2005.

*[signature]*

MARY CAY JERMANN

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 531 in case 1:96-CR-10060 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Mechelle L. Story
LINDA TAYLOR & ASSOCIATES
206 E. Main St.
Jackson, TN 38301

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Marcus M. Reaves
REAVES LAW OFFICE
70 Neeley Station Rd.
Denmark, TN 38391

Honorable James Todd
US DISTRICT COURT