UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**



**ANGELA DENISE BALLARD**                                           Docket No. **1:96CR10060-006**

**Petition for Modification of Conditions of Supervised Release**

**COMES NOW Bobby E. Appleton**, PROBATION OFFICER OF THE COURT presenting a request for modification of the conditions of supervised release. Angela Denise Ballard was placed on supervised release by the Honorable James D. Todd, sitting in the Court at Jackson, TN, on the 8th day of June, 2005, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

> The defendant shall participate as directed in a program of testing and treatment for drug abuse as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Modification of the Conditions of Supervised Release to include the following additional special conditions:

The defendant shall participate in mental health treatment services as directed by the U.S. Probation Officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (co-payment) at a rate of at least $10 per month.

**PRAYING THAT THE COURT WILL ORDER** that the Conditions of Supervised Release be modified to include the above-listed special conditions.

**ORDER OF COURT**                                                  *Respectfully,*

Considered and ordered this 23rd day
of November, 2005, and ordered filed           Bobby E. Appleton
and made a part of the records in the above    U.S. Probation Officer
case.

_____                Place: Jackson, TN
Honorable James D. Todd,
Chief U.S. District Judge                      Date: November 16, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/25/05

536

PROB 49
(3/89)

# United States District Court
## Western District of Tennessee, Eastern Division

### Waiver of Hearing to Modify Conditions
### of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in mental health treatment services as directed by the U.S. Probation Officer until successfully discharged. These services may include medications prescribed by a licensed physician. The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $10 per month.

Witness: _USPO K McDonald_                Signed: _Angela D. Ballard_
Kim McDonald                                              Angela Ballard
U.S. Probation Officer                                   Supervised Releasee

_11/8/05_
Date

F:\DATA\FORMS\SPV\PROB.49
(Revised: October 1997)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 536 in case 1:96-CR-10060 was distributed by fax, mail, or direct printing on November 25, 2005 to the parties listed.

---

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mechelle L. Story
LINDA TAYLOR & ASSOCIATES
206 E. Main St.
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT